UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Griffin C. O'Neil

    v.                                                               Case No. 25-cv-53-SE-TSM

Angie LNU, et al

## ORDER

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Talesha L. Saint-Marc dated May 7, 2025. For the reasons explained therein, the following claims are dismissed: O'Neil's equal protection claims and access to the courts claims against all defendants (Claims 2(a)(ii) and 2(b)); and the RLUIPA damages claims asserted against Chaplain Angie LNU and Superintendent Henry in their individual capacities.

"'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

                                                    /s/ Samantha D. Elliott
                                                    Samantha D. Elliott
                                                    United States District Judge

Date: August 19, 2025

cc:   Griffin C. O'Neil, pro se
       Counsel of Record