UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Griffin C. O'Neil

v. Case No. 25-cv-53-SE-TSM

Angie LNU, et al

ORDER

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Talesha L. Saint-Marc dated July 15, 2026. For the reasons explained therein, the Defendants' motion for summary judgment (doc. no. 17), as amended (doc. no. 20), is granted. The clerk shall enter judgment and close this case. "[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal." Rivera-Aponte v. Gomez Bus Line, Inc., 62 F.4th 1, 10 (1st Cir. 2023) (quoting Sch. Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010)); see also Santos-Santos v. Torres-Centeno, 842 F.3d 163, 168 (1st Cir. 2016) ("[P]arties who fail to file objections to a magistrate judge's report and recommendation lose their right to appellate review.").

Samantha D. Elliott
United States District Judge

Date: August 21, 2026